THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Seattle Children's Hospital, A Nonprofit Corporation, <br><br> Petitioner, <br><br> v. <br><br> Washington State Nurses Association, A Labor Organization, <br><br> Respondent. | Case No. 2:17-cv-01853-RSL <br><br> STIPULATED MOTION AND ORDER TO DISMISS PETITIONS AND COUNTERCLAIMS WITH PREJUDICE <br><br> Note for Consideration: 05/29/2018 |

## I. STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Petitioner Seattle Children's Hospital and Respondent Washington State Nurses Association, by and through their counsel of record, hereby stipulate and jointly request that the Court dismiss the above-entitled action in its entirety, including all claims and counterclaims, with prejudice and without an award of costs or attorney's fees to any party.

STIPULATED this 29th day of May, 2018.

///
///
///
///
///

STIPULATED MOTION AND ORDER TO DISMISS
(Case No. 2:17-cv-01853-RSL) - 1
4820-2843-1462v.1 0017722-000427

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| Davis Wright Tremaine LLP<br>Attorneys for Petitioner Seattle Children's Hospital | Schwerin Campbell Barnard Iglitzin & Lavitt LLP<br>Attorneys for Respondents Washington State Nurses Association |
| By */s/ Henry E. Farber*<br>By */s/ Paula C. Simon*<br>Henry E. Farber, WSBA # 18896<br>Paula C. Simon, WSBA # 43016<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Telephone: 206.757.7700<br>Fax: 206.757.7301<br>E-mail: HenryFarber@dwt.com<br>E-mail: PaulaSimon@dwt.com | By */s/ David Campbell*<br>By */s/ Divya Vasudevan*<br>David Campbell, WSBA #13896<br>Divya Vasudevan, WSBA #51985<br>18 W. Mercer St., Ste 400<br>Seattle, WA 98119-3971<br>Telephone: 206.257.6002<br>Fax: 206.257.6037<br>E-mail: Campbell@workerlaw.com<br>E-mail: Vasudevan@workerlaw.com |

STIPULATED MOTION AND ORDER TO DISMISS
(Case No. 2:17-cv-01853-RSL) - 2
4820-2843-1462v.1 0017722-000427

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## II. Order

THIS MATTER having come before the undersigned judge of the above-entitled court based on stipulation of the parties, now, therefore,

IT IS HEREBY ORDERED that the above-captioned action, including all claims and counterclaims, is hereby dismissed, with prejudice and without award of costs or attorneys' fees to either party.

DATED this 30th day of May, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER TO DISMISS
(Case No. 2:17-cv-01853-RSL) - 3
4820-2843-1462v.1 0017722-000427

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington and the United States that, on the date indicated below, I electronically filed the foregoing document, STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS PETITIONS AND COUNTERCLAIMS WITH PREJUDICE, with the Clerk of the Court using the CM/ECF system which will send notification of such filing via e-mail to the following::

    David Campbell, WSBA #13896
    Divya Vasudevan, WSBA #51985
    SCHWERIN CAMPBELL BARNARD IGLITZIN & LAVITT LLP
    18 W Mercer Street, Suite 400
    Seattle, WA 98119-3971
    Campbell@workerlaw.com
    Vasudevan@workerlaw.com

*Attorneys for Respondent Washington State Nurses Association*

DATED this 29th day of May, 2018.

                                      */s/ Daniela Najera*
                                      Daniela Najera, Legal Secretary

STIPULATED MOTION AND ORDER TO DISMISS
(Case No. 2:17-cv-01853-RSL) - 4
4820-2843-1462v.1 0017722-000427

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax